267 F.3d 1167 (9th Cir. 2001)
 HOWARD WILLIAM FLOWERS, Petitioner-Appellant,
v.
KAY WALTER, Respondent-Appellee.
 No. 99-35552
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Filed September 25, 2001
 
 1
 Before: Harry Pregerson and Dorothy W. Nelson, Circuit Judges, and Lawrence K. Karlton, District Judge.[1]
 
 ORDER
 
 2
 The per curiam opinion filed on February 9, 2001, published at 239 F.3d 1096, is hereby WITHDRAWN.
 
 
 
 Notes:
 
 
 [1]
 The Honorable Lawrence K. Karlton, Senior United States District Judge for the Eastern District of California, sitting by designation.